IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| UNITED STATES OF AMERICA | Case No. 10-_185 - BR_ |
|---|---|
| v. | **INDICTMENT** |
| **ERIC F. OELKERS,** | 18 U.S.C. § 922(g)(1) |
|  | 18 U.S.C. § 924(d) |
| **Defendant.** | 26 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about March 12, 2010, in the District and State of Oregon, **ERIC F. OELKERS,** defendant herein, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

(1) On or about September 12, 2006, in Marion County Circuit Court, State of Oregon, case number 05C41003, for Tampering with a Witness and Coercion;

(2) On or about January 7, 2005, in Marion County Circuit Court, State of Oregon, case number 04C51642, Coercion; and

(3) On or about September 3, 2004, in Marion County Circuit Court, State of Oregon, case number 03C52721, Robbery III,

did knowingly and unlawfully possess the following firearm,

A North American Arms, .22 caliber Magnum revolver, serial number E145308, which had previously been transported in interstate commerce; all in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in this indictment, defendant **ERIC F. OELKERS** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), the firearm and all ammunition involved in the current offense, including without limitation:

> A North American Arms, .22 caliber Magnum revolver, with serial number E145308.

Dated this \_\_11\_\_ day of May 2010.

A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:
DWIGHT C. HOLTON
United States Attorney

_____
FREDRIC N. WEINHOUSE, OSB #77386
Assistant United States Attorney

Page 2 - INDICTMENT