Michael A. Greenlick - OSB #852181
1001 SW 5th Ave., Suite 1414
Portland, OR  97204
(503) 224-2595

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>            vs.<br><br>ERIC F. OELKERS,<br><br>    Defendant. | )<br>)  Case No.  CR 10-185 BR<br>)<br>)  AFFIDAVIT IN SUPPORT OF MOTION TO<br>)  CONTINUE TRIAL DATE<br>)<br>)<br>)<br>) |

STATE OF OREGON        )
                       ) ss.
County of Multnomah    )

    I, Michael A. Greenlick, being first duly sworn, do hereby depose and say:

    1.  I am the attorney for Eric Oelkers, having been appointed as counsel effective May 17, 2010 pursuant to the Criminal Justice Act.  Assistant United States Attorney Fredric N. Weinhouse represents the government in this matter.  Mr. Oelkers is currently in custody.

    2.  Mr. Oelkers is charged by indictment with one count of felon in possession of a firearm in violation of Title 18, United States Code, Section 922(g)(1).

    3.  I have hired an investigator to assist with trial preparation in this matter.  I have requested that my investigator interview several witnesses and obtain several documents relevant to the issues in this case should it proceed to trial.  My investigator has yet not completed the

Page 1 - AFFIDAVIT IN SUPPORT OF MOTION TO CONTINUE TRIAL DATE

tasks I requested. I believe that we will not be ready for trial for at least approximately 90 days. I would request, that the trial be scheduled for the week of December 13 if possible, or into January to avoid conflicts I have during the end of November and the end of December. For these reasons, I am requesting a continuance of approximately 11 weeks to the week of December 13, 2010, or in the alternative approximately 15 weeks to the week of January 10, 2011, or to a later date convenient to the Court and to counsel. Mr. Weinhouse has no objection to this request for a continuance.

    5. This is the defense's second request for a continuance, and the current date of September 28, 2010 is the second trial setting. The first appearance in this case took place on May 24, 2010, at which time Mr. Oelkers was detained, so he has been awaiting trial for approximately 119 days as of the filing of this motion. The first trial setting was July 27, 2010. All time since the first trial setting has been determined by the Court to be excludable delay for purposes of the Speedy Trial Act. Mr. Oelkers' first 64 days of custody would not be considered excludable delay.

    6. I have discussed this request for a continuance with my client. I informed him that he has a right to a speedy and public trial under the provisions of Title 18, United States Code section 3161 *et seq.*, and he has specifically informed counsel that he willingly waives the rights guaranteed him therein and requests a continuance of the trial be allowed for the time period proposed.

                                                /s/ Michael A. Greenlick
                                                Michael A. Greenlick
                                                Attorney for Defendant

    SUBSCRIBED AND SWORN TO before me this __20th__ day of September, 2010.

Page 2 - AFFIDAVIT IN SUPPORT OF MOTION TO CONTINUE TRIAL DATE

                                                       /s/ Vicki R. Ambinder
                                      Notary Public for Oregon
                                      My Commission Expires:   10/28/11

Case 3:10-cr-00185-BR   Document 14   Filed 09/20/10   Page 3 of 3

Page 3 - AFFIDAVIT IN SUPPORT OF MOTION TO CONTINUE TRIAL DATE