Michael A. Greenlick - OSB #852181
1001 SW 5th Ave., Suite 1414
Portland, OR  97204
(503) 224-2595

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        vs.<br><br>ERIC F. OELKERS,<br><br>    Defendant. | Case No.  CR 10-185 BR<br><br>AFFIDAVIT IN SUPPORT OF MOTION TO CONTINUE TRIAL DATE |

STATE OF OREGON        )
                       ) ss.
County of Multnomah    )

I, Michael A. Greenlick, being first duly sworn, do hereby depose and say:

1. I am the attorney for Eric Oelkers, having been appointed as counsel effective May 17, 2010 pursuant to the Criminal Justice Act.  Assistant United States Attorney Fredric N. Weinhouse represents the government in this matter.  Mr. Oelkers is currently in custody.

2. Mr. Oelkers is charged by indictment with one count of felon in possession of a firearm in violation of Title 18, United States Code, Section 922(g)(1).

3. I have hired an investigator to assist with trial preparation in this matter.  Despite the fact that the parties have engaged in good faith negotiations, it appears that this matter will be proceeding to trial.  I have been working diligently with my investigator to complete the

Page 1 - AFFIDAVIT IN SUPPORT OF MOTION TO CONTINUE TRIAL DATE

necessary tasks in advance of trial.  Investigation and trial preparation have been time-consuming because of the need to meet with Mr. Oelkers on several occasions at FDC Sheridan.  I will not be ready for trial by the December 14, 2010 trial date because we have not yet completed necessary investigation and we have not yet served trial subpoenas, and because I will be out of the District of Oregon from December 2, 2010 through December 9, 2010.  Mr. Weinhouse and I have discussed realistic trial dates.  As we are both scheduled for trial during the beginning of February 2011, we would request that the Court schedule this trial to commence on February 22, 2011 or on later date convenient to the Court and to counsel.  Mr. Weinhouse has no objection to this request for a continuance.

      4.  This is the defense's third request for a continuance, and the current date of December 14, 2010 is the third trial setting.  The first appearance in this case took place on May 24, 2010, at which time Mr. Oelkers was detained, so he has been awaiting trial for approximately 191 days as of the filing of this motion.  The first trial setting was July 27, 2010.  All time since the first trial setting has been determined by the Court to be excludable delay for purposes of the Speedy Trial Act.  Mr. Oelkers' first 64 days of custody would not be considered excludable delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 2 - AFFIDAVIT IN SUPPORT OF MOTION TO CONTINUE TRIAL DATE

5.  I have discussed this request for a continuance with my client. I informed him that he has a right to a speedy and public trial under the provisions of Title 18, United States Code section 3161 *et seq.*, and he has specifically informed counsel that he willingly waives the rights guaranteed him therein and requests a continuance of the trial be allowed for the time period proposed.

          /s/ Michael A. Greenlick
          Michael A. Greenlick
          Attorney for Defendant

SUBSCRIBED AND SWORN TO before me this   1st   day of December, 2010.

          /s/ Vicki R. Ambinder
          Notary Public for Oregon
          My Commission Expires:   10/28/11

Case 3:10-cr-00185-BR    Document 18    Filed 12/01/10    Page 3 of 3