Michael A. Greenlick - OSB #852181
1001 SW 5th Ave., Suite 1414
Portland, OR 97204
(503) 224-2595

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        vs.<br><br>ERIC F. OELKERS,<br><br>    Defendant. | Case No. CR 10-185 BR<br><br>AFFIDAVIT OF ATTORNEY IN SUPPORT OF MOTION FOR ORDER TO ALLOW WITHDRAWAL OF COUNSEL |

STATE OF OREGON      )
                     ) ss.
County of Multnomah  )

I, Michael A. Greenlick, being first duly sworn, do hereby depose and say:

1. I am the attorney for Eric Oelkers, having been appointed as counsel effective May 17, 2010 pursuant to the Criminal Justice Act. Assistant United States Attorney Fredric N. Weinhouse represents the government in this matter. Mr. Oelkers is currently in custody.

2. Mr. Oelkers is charged by indictment with one count of felon in possession of a firearm in violation of Title 18, United States Code, Section 922(g)(1). This case is currently scheduled for trial on February 22, 2011.

3. Due to an undisclosable conflict of interest, I respectfully request that I be allowed to withdraw as counsel for defendant. Separate and apart from this conflict of interest, during the

Page 1 - AFFIDAVIT OF ATTORNEY IN SUPPORT OF MOTION FOR ORDER TO ALLOW WITHDRAWAL OF COUNSEL

past week, an irreparable breakdown of the attorney-client relationship has developed culminating in Mr. Oelkers refusing to meet with counsel today when counsel travelled to FDC Sheridan.

    4.  For both of these reasons, I can no longer provide adequate assistance of counsel to Mr. Oelkers and request that the Court allow me to withdraw as attorney of record.

                                     /s/ Michael A. Greenlick

                                     Michael A. Greenlick
                                     Attorney for Defendant

    SUBSCRIBED AND SWORN TO before me this   7th   day of February, 2011.

                                     /s/ Vicki R. Ambinder
                                     Notary Public for Oregon
                                     My Commission Expires:     10/28/11